# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LEROY SPANN, | : | No. 71 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 728 MD |
| v. | : | 2012 dated 6/9/16 |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE AND | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| | : | |
| Appellees | : | |

## CONCURRING STATEMENT

**CHIEF JUSTICE SAYLOR**                                    **FILED: August 16, 2017**

Although I dissented in the controlling case, *Commonwealth v. Muniz*, ___ Pa. ___, ___, ____ A.3d ___, ___, 2017 WL 3173066 (July 19, 2017) (Opinion Announcing the Judgment of the Court), I recognize that there was a majority consensus in that decision to the effect that SORNA exacts punishment and retroactive application of the enactment violates constitutional norms. Accordingly, while I have expressed my disagreement with these propositions, *see id.* at ___, ___ A.3d at ___, 2017 WL 3173066, at *34-39 (Saylor, C.J., dissenting), I join the present *per curiam* order based on the prevailing precedent.